ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| OLIVER C. LOADHOLT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 309-091 |
| | ) | |
| DR. JOSEPH PARRISH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Dr. Cheney, Dr. Jones, and the Georgia Department of Corrections, as well as any claims asserted on behalf of other inmates, are **DISMISSED** from this action.

SO ORDERED this 27th day of May, 2010, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE