ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| OLIVER C. LOADHOLT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 309-91 |
| | ) | |
| DR. JOSEPH PARRISH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendant "Parrish" and the second unknown doctor, John or Jane Doe, are **DISMISSED** without prejudice for failure to timely effect service, and Dr. Joe Paris' motion to dismiss (doc. no. 38) is deemed **MOOT**.

SO ORDERED this ___ day of November, 2010, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE